UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHARLEY M. HUNT, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 08-0037 (PLF) |
| MICHAEL B. MUKASEY, *et al.*,[1] | ) |
| Respondents. | ) |

ORDER

For the reasons explained in the Memorandum Opinion issued this same day, it is hereby

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: March 11, 2008

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), the Court substitutes the current Attorney General, Michael B. Mukasey, as a named respondent.