UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLEY M. HUNT, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>MICHAEL B. MUKASEY, *et al.*, )<br>)<br>Respondents. )<br> ) | Civil Action No. 08-0037 (PLF) |

## ORDER

On March 11, 2008, the Court denied without prejudice petitioner Hunt's petition for a writ of habeas corpus. This matter is before the Court on petitioner's motion for reconsideration of that decision or, in the alternative, to transfer this case. It is hereby

ORDERED that petitioner's motion for reconsideration or, in the alternative, motion to transfer [7] is DENIED.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: May 15, 2008